IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| YRASEMA URBINA | § | |
| | § | |
| | § | CIVIL ACTION NO. 7:15-cv-273 |
| VS. | § | |
| | § | JURY DEMANDED |
| | § | |
| ALLSTATE TEXAS LLOYDS | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Yrasema Urbina and Defendant, Allstate Texas Lloyds, and file this, the Parties' Agreed Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would show the Court as follows:

1. On April 14, 2015, Plaintiff, Yrasema Urbina sued Defendant.

2. Plaintiff, Yrasema Urbina, moves to dismiss his suit.

3. Defendant agrees to the dismissal of Yrasema Urbina's claims.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for the dismissal of Yrasema Urbina's case.

7. Plaintiff has not previously dismissed any federal court or state court suit based on or including the same claims as those presented in this case.

8. This dismissal is *with* prejudice to re-filing.

    Respectfully Submitted,

    /S/Robert A. Pollom
    ROBERT A. POLLOM
    Attorney in Charge
    State Bar No.: 24041703
    Federal ID No. 249539
    robert@krwlawyers.com

Of Counsel:

**KETTERMAN, ROWLAND & WESTLUND**
16500 San Pedro, Suite 302
San Antonio, Texas 78232
Telephone: (210) 490-7402
Telecopier: (210) 490-8372

*ATTORNEYS FOR PLAINTIFF*

/S/ Rosemary Conrad-Sandoval
Rosemary Conrad-Sandoval
Attorney-in-charge
State Bar #04709300
Federal ID #13738
aprilb@rofllp.com
rsandoval@rofllp.com

Of Counsel:

ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 North 10th Street
McAllen, Texas   78504
(956) 393-6300
(956) 386-1625 (Fax)

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been mailed, via electronic service, to the Attorney for Plaintiff, as follows:

Robert Pollom
KETTERMAN, ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas 78232

on this 18th day of April, 2016.

/S/ Rosemary Conrad-Sandoval
ROSEMARY CONRAD-SANDOVAL