United States District Court
Southern District of Texas
**ENTERED**
April 22, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| YRASEMA URBINA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:15-CV-273 |
| § | |
| ALLSTATE TEXAS LLOYDS, § | |
| § | |
| Defendant. § | |

# **ORDER**

    The Court now considers the "Agreed Stipulation of Dismissal With Prejudice,"[1] filed by Plaintiff and Defendant announcing to the Court that the parties agree to Plaintiff dismissing his suit against Defendant with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties. Since the stipulation of dismissal is signed by both Plaintiff and Defendant, the only parties in the case, the parties have effectively dismissed the case with prejudice and no further action by this Court is necessary. Thus, the Clerk of the Court is instructed to close the case.

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 22nd day of April, 2016.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 13.